```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA

                        Alexandria Division

BOARD OF TRUSTEES, SHEET      )
METAL WORKERS' NATIONAL       )
PENSION FUND, et al.,         )
                              )
            Plaintiffs,       )
                              )
v.                            )   Civil Action No. 1:11-cv-331
                              )
5 STAR WASHER SERVICE, INC.,  )
                              )
            Defendant.        )
```

### ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated September 14, 2011. Defendant has not filed an objection, and the time for filing such an objection has lapsed. Based on a de novo review of the evidence in this case, this Court affirms the findings and recommendation of the Magistrate Judge. It is hereby

ORDERED that judgment is entered against Defendant 5 Star Washer Service, Inc., in favor of Plaintiffs Board of Trustees of the Sheet Metal Workers' National Pension Fund, Board of Trustees of the International Training Institute for the Sheet Metal and Air Conditioning Industry, Board of Trustees of the National Energy Management Institute Committee, Board of Trustees of the Sheet Metal Occupational Health Institute Trust Fund, and Board of Trustees of the Sheet Metal Workers'

International Association Scholarship Fund in the amount of $11,844.28. This judgment includes $7,824.39 in delinquent contributions, $592.30 in accrued interest through August 15, 2011, $1,564.65 in liquidated damages, $1,240.00 in attorneys' fees, and $622.94 in costs.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
October 28, 2011